1  EDWARD D. HAAS (State Bar # 76647)
   RUSSELL S. ROECA (State Bar # 97297)
2  ROECA HAAS HAGER LLP
   180 Sutter Street, Suite 200
3  San Francisco, CA 94104
   Telephone: (415) 352-0980
4  Facsimile:  (415) 352-0988

5  Attorneys for Defendants
   GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
6  HARRIS, LLP and JEFFREY G. GIBSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| GERARD CHANG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON, and DOES 1-25,<br><br>　　　　Defendants. | Case No.: C 07-02512-MEJ<br><br>**DECLARATION OF RUSSELL S. ROECA IN SUPPORT OF MOTION TO REMAND AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**<br><br>Date:  TBA<br>Time:  TBA<br>Judge: TBA |

　　　　I, RUSSELL S. ROECA, declare:

　　　　1.　　I am an attorney at law licensed to practice before all of the courts of the State of California and a member of the U. S. District Court, Northern District of California, the Ninth Circuit Court of Appeals, and the United States Supreme Court, and am a member of Roeca Haas Hager LLP, attorneys for Defendants GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON.

　　　　2.　　I have personal knowledge of the facts contained in this declaration and if called upon to testify thereto, I could and would testify competently to the facts contained herein.

　　　　3.　　On January 9, 2006, Plaintiff filed a legal malpractice action against Defendants in San Francisco Superior Court, based upon their representation of him in a dispute involving property owned by Plaintiff and his brother.  Attached as Exhibit 1 to my declaration is a true and

correct copy of the complaint, entitled Complaint: Legal Malpractice, Gross Negligence, Extrinsic and Intrinsic Fraud, Excessive Fees, Failure to Act to Mitigate Damages, Infliction of Emotional Pain and Suffering, Inducement of Fraud, and Present and Future Economic Damages, *Chang v. Goldstein, Gellman, Melbostad, Gibson & Harris, LLP and Jeffrey G. Gibson*, Case No. CGC-05-448410, Superior Court of the State of California County of San Francisco.

4. Plaintiff's complaint against Defendants could not have been filed originally in federal court because it does not raise any federal question and no diversity exists – Plaintiff and Defendants all work and reside in California.

5. Defendants timely filed an answer to Plaintiff's complaint.

6. On June 23, 2006, Defendants propounded requests for admissions on Plaintiff, who failed to respond before the statutory deadline. On November 6, 2006, Defendants filed a motion for an order establishing that the requests for admissions be deemed admitted. The court signed the order establishing admissions on December 8, 2006.

7. On March 9, 2007, Defendants filed a motion for summary judgment.

8. Plaintiff's response to the motion for summary judgment was due on or before May 10, 2007; however, instead of filing a response, Plaintiff filed a Notice of Removal/Petition for Removal of Case from California Superior Court.

9. On May 11, 2007, Plaintiff filed a Declination to Proceed Before a U.S. Magistrate Judge. Since the case has yet to be reassigned, Defendants cannot confirm a date, time and judge for the hearing on this motion to remand. Defendants were compelled to file this motion prior to receiving information on the reassignment because a motion to remand must be filed on or before June 10, 2007 - within 30 days after the filing of the notice of removal.

10. During the course of this litigation, our firm has kept accurate, contemporaneous records of time expended and of all costs incurred on behalf of our clients. We enter our time records directly into our computerized time and billing system as we conduct each activity in the case. Our law clerk spent approximately 12.40 hours at a rate of $150/hour. I spent 3.60 hours at a rate of $200/hour. Based on my experience, this time and these hourly rates are very reasonable

Declaration of Russell S. Roeca        Chang v. Goldstein – No.: C 07-02512-MEJ
in Support of Motion to Remand

2

1  for this type of work in the San Francisco Bay Area.  Our costs and fees spent on the removal and
2  remand total $2,550.00 through June 4, 2007.
3      I declare under penalty of perjury that the foregoing is true and correct and that this
4  declaration was executed on June 4, 2007 at San Francisco, California.

6  Dated: June 4, 2007               ROECA HAAS HAGER LLP

8                          By:   /s/
9                              Russell S. Roeca
                               Attorneys for Defendants
10                             Goldstein, Gellman, Melbostad, Gibson &
                               Harris, LLP and Jeffrey G. Gibson
11  G:\Chang\Pleadings\Remand Roeca decl.doc

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988

Declaration of Russell S. Roeca                    Chang v. Goldstein – No.: C 07-02512-MEJ
in Support of Motion to Remand

3