EDWARD D. HAAS (State Bar # 76647)
RUSSELL S. ROECA (State Bar # 97297)
ROECA HAAS HAGER LLP
180 Sutter Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
HARRIS, LLP and JEFFREY G. GIBSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GERARD CHANG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON, and DOES 1-25,<br><br>　　　　Defendants. | Case No.: C 07-02512-MEJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>Date: TBA<br>Time: TBA<br>Judge: TBA |

　　　　The motion of Defendants GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON ("Defendants") to remand this case to the Superior Court of California, County of San Francisco came on regularly for hearing on July ___ , 2007. Russell S. Roeca appeared on behalf of Defendants. Plaintiff GERARD CHANG ("Plaintiff") appeared on behalf of himself.

　　　　After full consideration of the evidence, the authorities submitted by counsel, and counsel's oral argument, the court finds that remand is appropriate, pursuant to 28 U.S.C. §1447. This court also finds that Plaintiff lacked any reasonable basis for removing the case to federal court and, therefore, Defendants are entitled to all fees and costs related to the removal and remand.

[Proposed] Order Granting Motion to Remand　　　　　　　　　　　　　　Chang v. Goldstein – No.: C 07-02512-MEJ

Therefore, **IT IS HEREBY ORDERED** that this case shall be remanded to the Superior Court of California, County of San Francisco, and Defendants shall recover their fees and costs related to the removal and remand.

**IT IS SO ORDERED.**

Dated: _____    _____
HON.
UNITED STATES DISTRICT JUDGE

G:\Chang\Pleadings\remand proposed order.doc