RUSSELL S. ROECA (State Bar # 97297)
DANIEL W. HAGER  (State Bar # 121515)
ROECA HAAS HAGER LLP
180 Sutter St., Suite 200
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
HARRIS, LLP and JEFFREY G. GIBSON

SUPERIOR COURT OF CALIFORNIA

NORTHER DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| GERARD CHANG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON, and DOES 1-25,<br><br>　　　　Defendants. | Case No. C 07-02512-MEJ<br><br>PROOF OF SERVICE<br><br>Date:  TBA<br>Time:  TBA<br>Judge: TBA |
|---|---|

Proof of Service                                     Chang v. Goldstein – No.: C07-02512-MEJ

**PROOF OF SERVICE**

I, Sylvia Bernardino, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Roeca Haas Hager LLP and my business address is 180 Sutter Street, Suite 200, San Francisco, CA 94104. On the date stated below, I served a true copy of:

**DEFENDANTS' MOTION TO REMAND, NOTICE OF MOTION TO REMAND, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

**DECLARATION OF RUSSELL S. ROECA IN SUPPORT OF MOTION TO REMAND AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**

**(X)** By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

Gerald Chang
1247 Vicente Street
San Francisco, CA 94116

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on June 4, 2007.

_/s/_____
Sylvia Bernardino

Proof of Service     2     Chang v. Goldstein – No.: C07-02512-MEJ