1  EDWARD D. HAAS (State Bar # 76647)
   RUSSELL S. ROECA (State Bar # 97297)
2  ROECA HAAS HAGER LLP
   180 Sutter Street, Suite 200
3  San Francisco, CA 94104
   Telephone: (415) 352-0980
4  Facsimile:  (415) 352-0988

5  Attorneys for Defendants
   GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
6  HARRIS, LLP and JEFFREY G. GIBSON

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**(SAN FRANCISCO DIVISION)**

10

| | |
|---|---|
| 11  GERARD CHANG, | Case No.: C 07-02512-MJJ |
| 12         Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO REMAND** |
| 13  vs. | |
| 14  GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON, and DOES 1-25, | Date:  July 24, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Martin J. Jenkins |
| 16         Defendants. | |

18

19   The motion of Defendants GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &

20  HARRIS, LLP and JEFFREY G. GIBSON ("Defendants") to remand this case to the Superior

21  Court of California, County of San Francisco came on regularly for hearing on July 24, 2007.

22  Russell S. Roeca appeared on behalf of Defendants. Plaintiff GERARD CHANG ("Plaintiff")

23  appeared on behalf of himself.

24   After full consideration of the evidence, the authorities submitted by counsel, and

25  counsel's oral argument, the court finds that remand is appropriate, pursuant to 28 U.S.C. §1447.

26  This court also finds that Plaintiff lacked any reasonable basis for removing the case to federal

27  court and, therefore, Defendants are entitled to all fees and costs related to the removal and

28  remand.

[Proposed] Order Granting Motion to Remand     Chang v. Goldstein – No.: C 07-02512-MEJ

1  Therefore, **IT IS HEREBY ORDERED** that this case shall be remanded to the Superior
2  Court of California, County of San Francisco, and Defendants shall recover their fees and costs
3  related to the removal and remand.
4  **IT IS SO ORDERED.**

7  Dated: _____    _____
8  HON. MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE

G:\Chang\Pleadings\remand proposed order.doc

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988

[Proposed] Order Granting Motion to Remand    2    Chang v. Goldstein – No.: C 07-02512-MEJ