1  RUSSELL S. ROECA (State Bar # 97297)
   DANIEL W. HAGER (State Bar # 121515)
2  ROECA HAAS HAGER LLP
   180 Sutter St., Suite 200
3  San Francisco, CA 94104
   Telephone: (415) 352-0980
4  Facsimile:  (415) 352-0988

5  Attorneys for Defendants
   GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
6  HARRIS, LLP and JEFFREY G. GIBSON

7

8                    SUPERIOR COURT OF CALIFORNIA

9                    NORTHER DISTRICT OF CALIFORNIA

10                        (SAN FRANCISCO DIVISION)

11 | GERARD CHANG,                          | Case No. C 07-02512-MJJ
12 |         Plaintiffs,                    | PROOF OF SERVICE
13 |    vs.                                 | Date:  July 24, 2007
                                              Time:  9:30 a.m.
14 | GOLDSTEIN, GELLMAN,                    | Judge: Hon. Martin J. Jenkins
   | MELBOSTAD, GIBSON & HARRIS, LLP
15 | and JEFFREY G. GIBSON, and DOES 1-
   | 25,
16 |
   |         Defendants.
17

# PROOF OF SERVICE

I, Sylvia Bernardino, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Roeca Haas Hager LLP and my business address is 180 Sutter Street, Suite 200, San Francisco, CA 94104. On the date stated below, I served a true copy of:

**DEFENDANTS' MOTION TO REMAND, RENOTICE OF MOTION TO REMAND, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

**DECLARATION OF RUSSELL S. ROECA IN SUPPORT OF MOTION TO REMAND AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**

(X)  By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

Gerard Chang
1247 Vicente Street
San Francisco, CA 94116

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on June 6, 2007.

__/s/_____
Sylvia Bernardino

Proof of Service     2     Chang v. Goldstein – No.: C07-02512-MEJ