IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG,<br><br>    Plaintiff(s),<br><br>v.<br><br>GOLDSTEIN GELLMAN MELBOSTAD GIBSON AND HARRIS LLP,<br><br>    Defendant(s). | No. C 07-2512 MJJ<br><br>**CLERK'S NOTICE**<br>**(Setting Case Management Conference in Reassigned case)** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Case Management Conference in this case, previously set for August 16, 2007, is VACATED and RESET to be heard **Tuesday, August 21, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. **A Joint or Separate Case Management Statement, as required under Local Rule 16-9, shall be provided to the Court by no later than August 14, 2007.** [1]

Dated: June 7, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____

Edward Butler, Courtroom Deputy

---

[1] 16-9. Case Management Statement and Proposed Order.

(a) Joint or Separate Case Management Statement. Unless otherwise ordered, no later than the date specified in FRCivP 26(f), counsel must file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, which can be found on the Court's website located at http://www.cand.uscourts.gov. If one or more of the parties is not represented by counsel, the parties may file separate case management statements. If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement. Separate statements must also address all of the topics set forth in the Standing Order referenced above.