UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERARD CHANG,

        Plaintiff,

v.

GOLDSTEIN GELLMAN MELBOSTAD
GIBSON AND HARRIS LLP et al,

        Defendant.

Case Number: CV07-02512 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard Chang
1247 Vicente Street
San Francisco, CA 94116

Dated: June 7, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk