RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
DANIEL W. HAGER (State Bar # 121515)
ROECA HAAS HAGER LLP
180 Sutter Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON &
HARRIS, LLP and JEFFREY G. GIBSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GERARD CHANG,<br><br>   Plaintiff,<br><br>vs.<br><br>GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON, and DOES 1-25,<br><br>   Defendants. | Case No.: C 07-02512-MJJ<br><br>**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO REMAND**<br><br>Date: July 24, 2007<br>Time: 9:30 a.m.<br>Judge: Hon. Martin J. Jenkins |

Plaintiff GERARD CHANG's ("Plaintiff") response brief fails to address the merits of the issues raised in defendants GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP and JEFFREY G. GIBSON's ("Defendants") motion to remand including: Plaintiff's removal is improper because a plaintiff has no right to remove, the removal is untimely, and no grounds exist for removal.  Therefore, Defendants respectfully request that this case be remanded and that Defendants be awarded their costs and fees related to the remand, as detailed in their moving brief.

Dated: July 5, 2007                    ROECA HAAS HAGER LLP


                                       By: ____/S/_____
                                              Russell S. Roeca
                                              Attorneys for Defendants

**PROOF OF SERVICE**

I, Peter Korcsinszky, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Roeca Haas Hager LLP and my business address is 180 Sutter Street, Suite 200, San Francisco, CA 94104. On the date stated below, I served a true copy of:

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO REMAND**

(X) By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

Gerald Chang
1247 Vicente Street
San Francisco, CA 94116

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on July 5, 2007.

_____/S/_____
Peter Korcsinszky

Roeca Haas Hager LLP
180 Sutter Street, Suite 200, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988

Reply Brief in Support
of Motion to Remand                          2                    Chang v. Goldstein – Case No.: C 07-02512-MEJ