**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                          415.522.2000

July 25, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-02512 MJJ   GERARD CHANG-v-GOLDSTEIN GELLMAN MELBOSTAD GIBSON AND HARRIS LLP
          Your Case Number: (CGC 06-448410)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

           (✔)    Certified copies of docket entries

           (✔)    Certified copies of Remand Order

           (  )    Other

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by:  *Sheila Rash*
                              Case Systems Administrator

Enclosures
Copies to counsel of record